UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

Julien Ford,

                                                                    Plaintiff,

-against-

City of New York, P.O. Patrick Casiano, P.O. Almanzar,
Sergeant Nocerino et al.,

                                                                      Defendants.
---------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

18 CV 3620 (ENV) (CLP)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       Dec 20, 2018

| | |
|---|---|
| LAW OFFICES OF UGO UZOH<br>*Attorneys for Plaintiff*<br>304 Livingston Street, Suite 2R<br>Brooklyn, NY 11217<br>(718) 874 - 6045<br><br>By: _____<br>Ugochukwu Uzoh<br>*Attorney for Plaintiff* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendants City of New York,*<br>   *Casiano, Almanzar, and Nocerino*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>Valerie E. Smith<br>*Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

Dated: _____, 2018